# Third District Court of Appeal

## State of Florida

Opinion filed February 15, 2017.
Not final until disposition of timely filed motion for rehearing.

_____

Nos. 3D15-2314 & 3D15-2140
Lower Tribunal Nos. 14-32AP & 14-244AP

_____

**Todd Alexander,**
Appellant,

vs.

**The State of Florida,**
Appellee.


Appeals from the Circuit Court for Monroe County, William R. Ptomey, Jr., Judge.

Carlos J. Martinez, Public Defender, and Harvey J. Sepler and Jeffrey Paul DeSousa, Assistant Public Defenders, for appellant.

Pamela Jo Bondi, Attorney General, and Arlisa Certain, Assistant Attorney General, for appellee.


Before SUAREZ, C.J. and LAGOA and SCALES, JJ.

SCALES, J.

In this consolidated appeal, Appellant Todd Alexander challenges both (i) his conviction for animal cruelty, and (ii) the trial court's revocation of his probation based on the animal cruelty conviction. Because the jury's verdict is supported by competent, substantial evidence of when Alexander committed the crime, we affirm. Gonzalez v. State, 841 So. 2d 650, 652 (Fla. 3d DCA 2003) (jury verdict supported by competent, substantial evidence must be sustained on appeal). We remand only to allow the trial court to enter a correct written order, consistent with its oral pronouncement, to reflect that the crime was not committed using a weapon.

Affirmed; remanded.